UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM JACKSON, | Case No. 3:20-cv-00288-RCJ-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITON TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CHRIS DUTRA, JASON EDMONSON, ERIC DEJESUS | |
| Defendants. | (First Request) |

Plaintiff KIM JACKSON, by and through her attorney, Terri Keyser-Cooper, and Defendants CHRIS DUTRA, JASON EDMONSON, and ERIC DEJESUS, by and through their attorneys, Sparks City Attorney Chester Adams, and Assistant City Attorney Alyson McCormick, stipulate that the Plaintiff shall have a two-week extension of time to file her Reply to Defendants' Opposition to Plaintiff's Motion For Partial Summary Judgment (ECF No. 10 filed July 1, 2020). The parties have so stipulated because Plaintiff's counsel's workload and calendar in the next three weeks has grown out of control with two new cases that must be thoroughly analyzed as the statute of limitations is fast approaching, a settlement conference must be planned and a statement written, in addition to other urgent issues and a long planned trip to visit family in Arizona. This is the first request for an extension to file a Reply.

The Reply brief is now due July 15, 2020. With the extension of time the Reply brief will

now be due on July 29, 2020. This stipulation is entered into in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 6th day of July 2020 | DATED this 6th day of July 2020 |
| By: /s/ Terri Keyser-Cooper<br>    TERRI KEYSER-COOPER | CHESTER ADAMS<br>Sparks City Attorney |
| Law Office of Terri Keyser-Cooper<br>1130 Wakefield Trail<br>Reno, NV 89523<br>*Attorney for Plaintiff* | By: /s/ Alyson McCormick<br>ALYSON MCCORMICK<br>Assistant City Attorney<br>P.O. Box 857<br>Sparks, Nevada 89432-0857<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

  Dated this 10th day of July 2020

  _____
  UNITED STATES DISTRICT JUDGE

2