**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM JACKSON, | Case No. 3:20-cv-00288-RCJ-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S FIFTH AND SIXTH CAUSE OF ACTION AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** (ECF No. 35) |
| vs. | |
| CHRIS DUTRA, JASON EDMONSON, ERIC DEJESUS | |
| Defendants. | (First Request) |
| _____/ | |

Plaintiff KIM JACKSON, by and through her attorney, Terri Keyser-Cooper, and Defendants CHRIS DUTRA, JASON EDMONSON, and ERIC DEJESUS, by and through their attorneys, Sparks City Attorney Chester Adams, and Assistant City Attorneys Wesley Duncan and Barrack Potter, hereby stipulate to a voluntary dismissal of Plaintiff's Fifth Cause of Action, Violation of the Americans with Disabilities Act and Plaintiff's Sixth Cause of Action, violation of the First Amendment. The parties also agree to a voluntary dismissal of Defendants' Motion for Judgment on the Pleadings (ECF No. 33), filed March 9, 2021.

This stipulation is entered into in good faith, for the purpose of streamlining the case, the ease of presentation of the remaining claims, and the unnecessary expenditure of resources.

DATED this 12th day of March 2021     DATED this 12th day of March 2021

By: /s/ Terri Keyser-Cooper          CHESTER ADAMS

1   TERRI KEYSER-COOPER                    Sparks City Attorney
    Law Office of Terri Keyser-Cooper      By: /s/ Barrack Potter
2   *Attorney for Plaintiff*               WESLEY DUNCAN
                                           BARRACK POTTER
3                                          *Attorneys for Defendants*

4   IT IS SO ORDERED.

5
            Dated this 12th day of March, 2021.
6

7

8   _____
             UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2