**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM JACKSON,<br><br>             Plaintiff,<br><br>vs.<br><br>CHRIS DUTRA, *et al.*,<br><br>             Defendants. | Case No.: 3:20-CV-00288-RCJ-CLB<br><br>ORDER VACATING AND RESCHEDULING IN-PERSON ORAL ARGUMENT |

     Oral argument is currently set for 10:00 A.M., Monday, November 15, 2021, in-person, in Reno Courtroom 3, before Judge Robert C. Jones. Due to a conflict with the Court's calendar the hearing is vacated and rescheduled. Accordingly,

     **IT IS HEREBY ORDERED** that oral argument on Plaintiff's Motion for Sanctions Due to Defendants' Spoliation of Evidence (ECF No. 37); Plaintiff's Motion for Partial Summary Judgment as Against Dutra and Dejesus for Unlawful Seizure (ECF No. 42); Defendants' Motion for Case Terminating Sanctions (ECF No. 44); Plaintiff's Motion for Partial Summary Judgment as Against Dutra and Dejesus for False Arrest (ECF No. 52); and Motion for Summary Judgment

(ECF 54) is **RESCHEDULED** to 11:00 A.M., Tuesday, December 21, 2021, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS SO ORDERED**.

DATED:   This 9th day of November, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE