# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIM JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS DUTRA, *et al.,*<br><br>　　　　　Defendants. | Case No.: 3:20-CV-00288-RCJ-CLB<br><br>**ORDER RESCHEDULING IN-PERSON ORAL ARGUMENT TO 10:00 A.M. TUESDAY, MARCH 22, 2022** |

Due to a conflict with the Court's calendar the hearing is vacated and rescheduled. Accordingly,

**IT IS ORDERED** that oral argument on:
Motion for Sanctions Due to Defendants' Spoliation of Evidence (ECF No. 37),
Motion for Partial Summary Judgment (ECF No. 42),
Motion for Case Terminating Sanctions (ECF No. 44),
Motion for Partial Summary Judgment (ECF No. 52), and
Motion for Summary Judgment (ECF 54)

is **RESCHEDULED** to 10:00 A.M., Tuesday, March 22, 2022, in Reno Courtroom 3, before Judge Robert C. Jones.

**IT IS SO ORDERED.**

Dated March 10th, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE