AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KIM JACKSON,

            Plaintiff,

v.

CHRIS DUTRA, JASON EDMONSON,
ERIC DEJESUS,

            Defendants.

JUDGMENT

Case Number:  3:20-CV-00288-RCJ-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 54), is **GRANTED**.

    **IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants accordingly and this case is closed.

Date: March 29, 2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk