**Wesley K. Duncan, #12362**
Sparks City Attorney
wduncan@cityofsparks.us
**Mariah Northington, #14247**
Senior Assistant City Attorney
mnorthington@cityofsparks.us
P.O. Box 857
Sparks, Nevada 89432-0857
Tel: (775) 353-2324
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIM JACKSON,

              Plaintiff,

       vs.

CHRIS DUTRA, JASON EDMONSON, ERIC DEJESUS,

              Defendants.

Case No. 3:20-CV-00288-RCJ-CLB

**ORDER GRANTING WITHDRAWAL OF ATTORNEYS**

       NOTICE IS HEREBY GIVEN that Chester H. Adams, Alyson L. McCormick and Barrack Potter, are no longer associated with the Sparks City Attorney's Office and are therefore withdrawn as co-counsel for Defendants Chris Dutra and Eric Dejesus in the above-captioned matter. Defendants' counsel of record are Wes Duncan, Sparks City Attorney, and Mariah Northington, Senior Assistant City Attorney.

       Respectfully submitted this 25th day of March, 2024.

                                        WESLEY K. DUNCAN
                                        Sparks City Attorney

                        By:    /s/ Mariah Northington
                                        MARIAH NORTHINGTON
                                        Senior Assistant City Attorney
                                        *Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** March 25, 2024

_____
UNITED STATES MAGISTRATE JUDGE