TERRI KEYSER-COOPER, Nevada Bar No. 3984
125 Edgewater Parkway, Reno, NV 89519
1548 Kachina Ridge Dr., Santa Fe, NM 87507
(775) 337-0323
keysercooper@lawyer.com
DIANE K. VAILLANCOURT, Nevada Bar No. 9277
223 John St., Santa Cruz, CA 95060
(831) 332-2303
vaillancourt@cruzio.com
Attorneys for Plaintiff Kim Jackson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIM JACKSON, | CASE NO. 3:20-cv-0288-MMD-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF JOINT** |
| v. | **PRETRIAL ORDER** (First Request) |
| CHRIS DUTRA and ERIC DEJESUS | |
| Defendants. | |
| _____/ | |

The parties, by and through their counsel of record hereby submit this Stipulation and Order regarding the following:

1. On May 10, 2024, this Court issued its Order mandating that the parties file a Joint Pretrial Order within 30 days. (ECF 94).

2. On May 10, 2024, immediately after receiving the Court's Order, plaintiff's counsel Terri Keyser-Cooper alerted defendants' counsel, Wes Duncan, via email that she had a pre-paid trip planned to Spain. Ms. Keyser-Cooper asked Mr. Duncan if he would agree to an extension of time for the filing of the joint pretrial order. Mr. Duncan graciously agreed.

3. Ms. Keyser-Cooper will be leaving on or about May 23rd and will be returning June

1

12, 2024. The parties respectfully request the filing of the joint pretrial order be extended 30 days from the date Ms. Keyser-Cooper will return, up to and including July 12, 2024.

4. The case has been on appeal at the Ninth Circuit Court of Appeals and at the United States Supreme Court since 2022. The short delay will provide the parties with an opportunity to thoroughly review all the facts, documents, discovery, witnesses, and potential pretrial motions necessary in the preparation of the joint pretrial order.

IT IS SO STIPULATED this 13th day of May, 2024

| LAW OFFICE of TERRI KEYSER-COOPER | SPARKS CITY ATTORNEY OFFICE |
|---|---|
| By: /s/ Terri Keyser-Cooper<br>Terri Keyser-Cooper Bar No. 3984<br>125 Edgewater Parkway, Reno, NV 89519<br>1548 Kachina Ridge Dr., Santa Fe, NM 87507 | By: /s/Mariah Northington<br>Wes Duncan Bar No. 12362<br>Mariah Northington Bar No. 14247<br>P.O. Box 857<br>Sparks, NV 89432 |

**ORDER**

IT IS SO ORDERED this  14  day of May, 2024

_____
United States District Court Judge

2