**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Chris Dutra and Eric DeJesus

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIM JACKSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>CHRIS DUTRA and ERIC DEJESUS,<br><br>             Defendants. | Case Number:<br>3:20-cv-0288-MMD-CLB |

**ORDER GRANTING STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED between Defendants Chris Dutra and Eric DeJesus ("Defendants"), by and through their counsel, Marquis Aurbach, and Plaintiff Kim Jackson ("Plaintiff"), by and through her counsel, Terri Keyser-Cooper, Esq., that the above-referenced matter is dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

MAC: 16685-003 (#5757200.1) 1/23/2025 1:31 PM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 23rd day of January, 2025.

| MARQUIS AURBACH | TERRI KEYSER COOPER |
|---|---|
| By: *s/Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: *s/Terri Keyser Cooper*<br>Terri Keyser Cooper, Esq.<br>Nevada Bar No. 3984<br>125 Edgewater Parkway<br>Reno, Nevada 89519<br>Attorney for Plaintiff |

DIANE K. VAILLANCOURT

By: *s/Diane K. Vaillancourt*
Diane K. Vaillancourt, Esq.
Nevada Bar No. 9277
223 John St.
Santa Cruz, California 95060
Attorney for Plaintiff

### **ORDER**

IT IS SO ORDERED that the above-referenced matter is dismissed with prejudice and,

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

DATED: January 24th, 2025.

_____
United States District Court Judge